■ In the Matter of the Trusts for STEPHANIE MCDONALD et al., Created in the Will of IGNATIUS S. LUPPINO, Deceased. STEPHANIE MCDONALD et al., Respondents; IDALYNN LUPPINO MCDONALD, Trustee, Appellant. (Appeal No. 2.) [953 NYS2d 516]— Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered April 13, 2011. The order, inter alia, denied the motion of Idalynn Luppino McDonald for leave to renew or reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of McDonald (Luppino)* (100 AD3d 1349 [2012]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.